**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand and eighteen,

_____

| | |
|---|---|
| Jacob Schonberg, Binyomin Schonberg, Raphael Barouch Elkaim, Bushwick Operations LLC, Kingston Operations LLC, Jefferson Operations LLC, 369 Gates Operations LLC, 1078 Dekalb Operations LLC, 618 Lafayette Operations LLC, 74 Van Buren Operations LLC, 760 Willoughby Operations LLC, 454 Centeral Avenue Operations LLC, 855 Dekalb Avenue Operations LLC, 720 Livonia Operations LLC, Slope Equities Operations LLC, Willoughby Estates Operations LLC, 73 Empire Development Operations LLC, 980 Atlantic Holdings Operations LLC, 325 Franklin Operations LLC, 853 Lexington Operations LLC, 8 Maple Avenue Operations LLC, 945 Park Place Operations LLC, | **ORDER**<br>Docket No. 17-3884 |

        Plaintiffs - Appellants,

Mike Genuth, Morris Karmel,

        Plaintiffs,

v.

Yechezkel Strulovich, AKA Chaskiel Strulovitch, Yechiel Oberlander, AKA Mici Oberlander, 908 Bushwick Avenue LLC, 901 Bushwick Avenue LLC, 1285 Bushwick Avenue LLC, 106 Kingston LLC, 1213 Jefferson LLC, Gates Equity Holdings LLC, 1078 Dekalb LLC, 618 Lafayette LLC, 74 Van Buren LLC, 762 Willoughby LLC, 454 Central Avenue LLC, 855 Dekalb Avenue LLC, 720 Livonia Development LLC, 853 Lexington LLC, 853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC853 Lexington LLC, 657-665 Fifth Avenue LLC, Willoughby Estates LLC, 73 Empire Development LLC, 980 Atlantic Holdings LLC, 325 Franklin LLC, 945 Park Place LLC, CSN Partners L.P., APC Holding 1 LLC, 53 Stanhope LLC, 1125-1133 Greene Ave LLC, 834

MANDATE ISSUED ON 05/21/2018

Metropolitan Avenue LLC, 92 South 4th Street, LLC, Howard Day House LLC, 55 Stanhope LLC, 599-601 Willoughby LLC, 1217 Bedford LLC, 1266 Pacific LLC, CSN Partners L P., 196 Albany Holdings L.P., Fulton Street Holdings, Jefferson Realty, 741 Lexington LLC, 296 Cooper LLC, 41-49 Spencer LLC, XYZ Corp., 1-10, SUCH INDIVIDUALS OR ENTITIES BEING UNKNOWN ENTITIES PRESENTLY IN CONTRACT TO ACQUIRE THE PARCELS OF REAL PROPERTY LOCATED AT 853 LEXINGTON AVENUE AND 657665A FIFTH AVENUE,, John Does, 1-10, SUCH INDIVIDUALS OR ENTITIES BEING UNKNOWN ENTITIES PRESENTLY IN CONTRACT TO ACQUIRE THE PARCELS OF REAL PROPERTY LOCATED AT 853 LEXINGTON AVENUE AND 657665A FIFTH AVENUE,, CS YH Condos LLC, Stagg Studios LLC., Slope Offices LLC., Willtrout Realty LLC., Myrtlino Holdings, LLC., 1301 Putnam LLC., 348 St. Nicholas LLC., CSRE LLC, 908 Bergen Street LLC, CSY Holdings LLC, 100 Jefferson Realty LLC, CS Construction Group LLC, Good Living Management LLC, Gold Cliff LLC,

       Defendants - Appellees,

First Avenue Realty Holdings L.P., 400 South 2nd Street Holdings L.P.,

       Defendants.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit