UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
JACOB SCHONBERG, BINYOMIN SCHONBERG, BINYOMIN HALPERN, RAPHAEL BAROUCH ELKAIM, BUSHWICK OPERATIONS LLC, KINGSTON OPERATIONS LLC, JEFFERSON OPERATIONS LLC, 369 GATES OPERATIONS LLC, 1078 DEKALB OPERATIONS LLC, 618 LAFAYETTE OPERATIONS LLC, 74 VAN BUREN OPERATIONS LLC, 760 WILLOUGHBY OPERATIONS LLC, 454 CENTRAL AVENUE OPERATIONS LLC, 855 DEKALB AVENUE OPERATIONS LLC, 720 LIVONIA OPERATIONS LLC, SLOPE EQUITIES OPERATIONS LLC, WILLOUGHBY ESTATES OPERATIONS LLC, 73 EMPIRE DEVELOPMENT OPERATIONS LLC, 980 ATLANTIC HOLDINGS OPERATIONS LLC, 325 FRANKLIN OPERATIONS LLC, 8 MAPLE AVENUE OPERATIONS LLC 853 LEXINGTON OPERATIONS LLC, 348 ST. NICHOLAS OPERATIONS LLC, 1301 PUTNAM OPERATIONS LLC, 945 PARK PLACE OPERATIONS LLC, BERTHA SARA SCHONBERG, SHIMON ASULIN, YECHIEL BEN-DAVID, YAAKOV BEN-SHIMON, AVRAHAM BEN-ZIMRA, RACHEL BEN-ZIMRA, NETANEL COHEN-ARAZI, ISAAC ELKAIM, JAKOB ELKAIM, DAVID DOV ERNSTER, SHMUEL GABAI, MIKE GENUTH, MIRIAM GENUTH, RACHEL GOLOMBACK, PINCHAS GROSKOPF, NATHAN GROSS, CLARA GROSSMAN, IRVING GROSSMAN, ABRAHAM JOSHUA GROSSNASS, FRIEDA KARMEL, MORRIS KARMEL, MIRIAM CHAYA LEV (BEN-SIMON), AVRAHAM YESHAYAHU LEV, OVED LEVI, YAAKOV LEVIN, SIMHA MAIMON, YOSEF MAIMON, MORDECHAI YAAKOV MEYER, SARA MEYER, MICHAEL MULLER, PINHAS DOV NEUFELD, ABRAHAM PASKAS, DAVID SCHONFELD, PNINA SCHONFELD, ITAMAR SHAYA, SHIMON SHENKER, YOSSEF SHTERN, ZEVULUN VEICHELDER, ABRAHAM VINBERG, ELYASHIV MENAHEM WEIL, YAAKOV WIZMAN, AVRAHAM ZAKUTA, AND CHAJA CHAVA ZWIEBEL,

Case No.:
17-cv-2161 (CBA)(RML)

**NOTICE OF
APPERANCE**

*Plaintiffs*,

v.

YECHEZKEL STRULOVICH a/k/a CHASKIEL STRULOVITCH, YECHIEL OBERLANDER a/k/a MICI OBERLANDER a/k/a MIHAY OBERLANDER, CSRE LLC,
--------------------------------------------------------------------------------X

*- caption continued on next page -*

------------------------------------------------------------------------------X
CS CONSTRUCTION GROUP LLC, GOOD LIVING MANAGEMENT LLC, 908 BERGEN STREET LLC, 901 BUSHWICK AVENUE LLC, 106 KINGSTON LLC, 1213 JEFFERSON LLC, GATES EQUITY HOLDINGS LLC, 1078 DEKALB LLC, 618 LAFAYETTE LLC, 74 VAN BUREN LLC, 762 WILLOUGHBY LLC, 454 CENTRAL AVENUE LLC, 855 DEKALB AVENUE LLC, 720 LIVONIA DEVELOPMENT LLC, 853 LEXINGTON LLC, 657-665 5th AVENUE LLC, WILLOUGHBY ESTATES LLC, 73 EMPIRE DEVELOPMENT LLC, 980 ATLANTIC HOLDINGS LLC, 325 FRANKLIN LLC, 945 PARK PL LLC, 1301 PUTNAM LLC, 348 ST. NICHOLAS LLC, APC HOLDING 1 LLC, CSY HOLDINGS LLC, 53 STANHOPE LLC, 1125-1133 GREENE AVE LLC, 834 METROPOLITAN AVENUE LLC, 92 SOUTH 4TH STREET, LLC, THE HOWARD DAY HOUSE LLC, 55 STANHOPE LLC, 599-601 WILLOUGHBY LLC, 1217 BEDFORD LLC, 1266 PACIFIC LLC, CSN PARTNERS L.P., 196 ALBANY HOLDINGS L.P, FULTON STREET HOLDNGS LLC, 100 JEFFERSON REALTY LLC, 167 HART LLC, 741 LEXINGTON LLC, 296 COOPER LLC, 41-49 SPENCER LLC, CS YH CONDOS LLC, GOLD CLIFF LLC, MYRTLINO HOLDINGS, LLC, WILLTROUT REALTY LLC, SLOPE OFFICES LLC, STAGG STUDIOS LLC, AND JOHN DOES 1-10 AND XYZ CORPS. 1-10 SUCH INDIVIDUALS OR ENTITIES BEING UNKNOWN ENTITIES PRESENTLY IN CONTRACT TO ACQUIRE THE PARCELS OF REAL PROPERTY LOCATED AT 618 LAFAYETTE AVENUE, 1018 DEKALB AVENUE, 853 LEXINGTON AVENUE AND 657-665A FIFTH AVENUE,

Case No.:
**17-cv-2161 (CBA)(RML)**

**NOTICE OF APPEARANCE**

*Defendants.*

------------------------------------------------------------------------------X

*- caption continued from first page -*

PLEASE TAKE NOTICE that Yitzchak E. Soloveichik of Bronstein, Gewirtz & Grossman, LLC hereby appears as counsel on behalf of plaintiffs Jacob Schonberg, Binyomin Schonberg, Binyomin Halpern, Raphael Barouch Elkaim, Yechiel Ben-David, Yaakov Ben-Shimon, Avraham Ben-Zimra, Rachel Ben-Zimra, Netanel Cohen-Arazi, Isaac Elkaim, Jakob Elkaim, David Dov Ernster, Shmuel Gabai, Nathan Gross, Abraham Joshua Grossnass, Miriam Chaya Lev (Ben-Simon), Avraham Yeshayahu Lev, Oved Levi, Yaakov Levin, Simha Maimon, Yosef Maimon, Mordechai Yaakov Meyer, Sara Meyer, Pinhas Dov Neufeld, Bertha Sara Schonberg, Itamar Shaya, Shimon Shenker, Yossef Shtern, Zevulun Veichelder, Elyashiv Menahem Weil, Yaakov Wizman, Avraham Zakuta, 908 Bergen Operations LLC, Bushwick Operations LLC, Kingston Operations LLC, Jefferson Operations LLC, 369 Gates Operations LLC, 1078 Dekalb Operations LLC, 618 Lafayette Operations LLC, 74 Van Buren Operations LLC, 760 Willoughby Operations LLC, 454 Central Avenue Operations LLC, 855 Dekalb Avenue Operations LLC, 720 Livonia Operations LLC, Slope Equities Operations LLC, Willoughby Estates Operations LLC, 73 Empire Development Operations LLC, 980 Atlantic Holdings Operations LLC, 325 Franklin Operations LLC, 853 Lexington Operations LLC, 8 Maple Avenue Operations LLC, 348 St. Nicholas Operations LLC, 1301 Putnam Operations LLC and 945 Park Place Operations LLC in the above-entitled action, and requests service of all papers in this action.

Dated: December 23, 2018

                                            BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

                                            By:    <u>/s/ Yitzchak Eliezer Soloveichik</u>
                                                         Yitzchak Eliezer Soloveichik (YS9703)
                                                         60 East 42nd Street, Suite 4600
                                                         New York, New York 10165
                                                         (212) 697-6484
                                                         soloveichik@bgandg.com