UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JACOB SCHONBERG, BINYOMIN SCHONBERG, BINYOMIN HALPERN AND RAPHAEL BAROUCH ELKAIM, et al,

       *Plaintiffs*,

-against-

YECHEZKEL STRULOVICH a/k/a CHASKIEL STRULOVITCH, YECHIEL OBERLANDER a/k/a MICI OBERLANDER a/k/a MIHAY OBERLANDER, et al

       *Defendants*.
---------------------------------------------------------------x

Case No: 17-cv-2161 (CBA)(RML)

## **DECLARATION OF YECHEZKEL STRULOVITCH**

Yechezkel Strulovitch declares, under the penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

1. I am a named Defendant in the above captioned action and I am a Managing Member of co-Defendants CSRE LLC, CS Construction Group LLC, Good Living Management LLC, 908 Bergen Street LLC, 901 Bushwick Avenue LLC, 106 Kingston LLC, 1213 Jefferson LLC, Gates Equity Holdings LLC, 1078 Dekalb LLC, 618 Lafayette LLC, 74 Van Buren LLC, 762 Willoughby LLC, 454 Central Avenue LLC, 855 Dekalb Avenue LLC, 720 Livonia Development LLC, 853 Lexington LLC, 657-665 5th Avenue LLC, Willoughby Estates LLC, 73 Empire Development LLC, 980 Atlantic Holdings LLC, 325 Franklin LLC, 945 Park Pl LLC, 1301 Putnam LLC, 348 St. Nicholas LLC, CSY Holdings LLC, APC Holding 1 LLC, 53 Stanhope LLC, The Howard Day House LLC, 55 Stanhope LLC, 599-601 Willoughby LLC, 1217 Bedford LLC, 1266 Pacific LLC, Fulton Street Holdings LLC, 167 Hart LLC, 741 Lexington LLC, 296 Cooper LLC, and CS YH Condos LLC (collectively, the "**Defendants**"). This

declaration is based upon my personal knowledge, unless stated otherwise. I am competent to testify to the facts set forth herein.

2.      I am also the manager of Defendants 92 South 4th St LLC, 834 Metropolitan Avenue LLC, and 1125-1133 Greene Ave LLC.

3.      I submit this Declaration in support of Defendants' letter motion to stay the entirety of this Action pursuant to Bankruptcy Code §§ 362, 105.

4.      Twelve of the Defendant entities that I identified above are currently in bankruptcy. Those entities are: 73 Empire Development LLC (Case No. 19-23013); (ii) 53 Stanhope LLC (Case No. 19-23013); (iii) 55 Stanhope LLC (Case No. 19-23014); (iv) 325 Franklin LLC (Case No. 19-23017); (v) 618 Lafayette LLC (Case No. 19-23018); (vi) 92 South 4th St LLC (Case No. 19-23023); (vii) 834 Metropolitan Avenue LLC (Case No. 19-23024); (viii) 1125-1133 Greene Ave LLC (Case No. 19-23025); (ix) APC Holding 1 LLC (Case No. 19-23026); (x) 106 Kingston LLC (Case No. 19-23029); (xi) 1213 Jefferson LLC (Case No. 19-23031); and (xii) 167 Hart LLC (Case No. 19-23041) (collectively, the "**Debtors**").

5.      I am also the managing member of the following entities who have also filed Chapter 11 Bankruptcy Petitions: (i) 119 Rogers LLC (Case No. 19-23015); (ii) 127 Rogers LLC (Case No. 19-23016); (iii) C & YSW, LLC (Case No. 19-23019); (iv) D&W Real Estate Spring LLC (Case No. 19-23027); (v) Eighteen Homes LLC (Case No. 19-23030); (vi) Natzliach LLC (Case No. 19-23021); and (vii) Meserole and Lorimer LLC (Case No. 19-23028 (collectively the "**Non-Defendant Debtors**").

6.      According to the bankruptcy filings, the lender for the Debtors was originally Signature Bank, who, on May 17, 2017 (shortly after this Action was filed), assigned its loans to an entity known as Brooklyn Lender LLC, an affiliate of Maverick Real Estate Partners LLC,

whose business model involves predatory purchases of loans and mortgages for the purpose of defaulting borrowers. Thereafter, Maverick then asserted a series of non-monetary technical defaults relying exclusively on the false allegations set forth in this Action. *See, e.g., In re 53 Stanhope LLC*, et al, Case No. 19-23013, Doc. 30, ¶¶ 7-21.

7. Defending the above-captioned litigation on behalf of dozens of entities of which I am the managing member, and on behalf of myself (with respect to allegations concerning my role as manager of the Defendant entities), while simultaneously guiding the Debtor Defendants (and Non-Defendant Debtors) through bankruptcy and restructuring will be an incredible burden on myself and will inevitably drain resources needed to effectuate a restructuring of each of the Debtor Defendants and Non-Defendant Debtors.

8. Accordingly, I request that this Action be stayed pending the resolution of the bankruptcy proceedings filed by the Debtors.

9. Annexed hereto as **Exhibit 1** is a true and correct copy of the Second Amended Complaint, filed on July 14, 2017.

10. Annexed hereto as **Exhibit 2** is a true and correct copy of the Memorandum & Order, filed in the Clerk's Office on November 2, 2017.

11. Annexed hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Pre-Motion Brief in Support of Leave to Amend, filed on February 6, 2019.

Dated: New York, New York
September 13, 2019

_____
Yechezkel Strulovitch