## BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600, New York, New York 10165
(212) 697–6484, Fax (212) 697–7296

November 1, 2019

**Via ECF**
Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11210

Re: _Schonberg, et al. v. Strulovitch, et al._, Case No. 17 Civ. 2161 (CBA) (RML)

Dear Judge Amon:

This firm represents most of the plaintiffs in the above-referenced action.[1] Because defendants have withdrawn their application for a stay of this entire action, we request the scheduling of oral argument concerning leave to amend the complaint. Oral argument was previously scheduled for September 5, 2019. On August 30, 2019, the Court adjourned oral argument _sine die_ pending defendants' application for a stay of the entire action. In an October 23, 2019 letter to the Court, defendants withdrew their motion for a stay of the entire action.

Accordingly, we request that the Court schedule oral argument concerning leave to amend the complaint.

Respectfully yours,
/s
Yitzchak Eliezer Soloveichik

---

[1] Bronstein, Gewirtz & Grossman LLC represents all of the plaintiffs in this action except five: Shimon Asulin, Clara Grossman, Irving Grossman, David Schonfeld, and Pnina Schonfeld.