

**Avery S. Mehlman**
Partner
Phone: 212.592.5985
Fax:  212.545.3424
amehlman@herrick.com

November 7, 2019

**VIA ECF**

Hon. Carol Bagley Amon
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Schonberg et al. v. Strulovich et al.* - Case No. 17-cv-2161

Dear Justice Amon:

The Defendants represented by Herrick, Feinstein, LLP and the Plaintiffs represented by Bronstein Gewirtz & Grossman LLC write to jointly request an adjournment of oral argument on Plaintiffs' Motion for Leave to Amend (the "Motion"), which is currently scheduled for Friday, November 22, at 2:00 P.M.  The Defendants represented by Tuttle Yick LLP also consent to the relief sought in this letter. The parties identified in this paragraph are the only parties who filed or opposed the Motion.

The reason this request is being made is that myself and counsel for the Plaintiffs, as well as our respective clients, are Orthodox Jews, and holding oral argument at 2:00 P.M. on a Friday does not permit sufficient time for each of us to get home before sunset.

Subject to the Court's availability, the parties to this letter state that they are available for oral argument on the Motion on the morning of November 22 and any time on November 26. This is the first time the parties have requested an adjournment of oral argument on the Motion. Thank you for your consideration.

Sincerely,

/s/ Avery S. Mehlman

Avery S. Mehlman