# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600, New York, New York 10165
(212) 697–6484, Fax (212) 697–7296

December 30, 2019

**Via Email and Mail**
All Counsel of Record
Shimon Asulin
Clara Grossman
Irving Grossman
David Schonfeld
Pnina Schonfeld

Re: *Schonberg, et al. v. Strulovtch, et al.*, Case No. 17 Civ. 2161 (CBA) (RML)

Dear Counsel and Unrepresented Parties:

    This firm represents most of the plaintiffs in the above-referenced action.[1] In accordance with Judge Amon's Individual Motion Practices and Rules, please find enclosed the notice of Plaintiffs' motion for leave to amend and for severance, along with its supporting papers. At this time, in accordance with the Court's rules, only this cover letter will be filed electronically. On the day the motion is fully briefed, each party should file its motion papers electronically.

                                          Respectfully yours,
                                          /s
                                          Yitzchak Eliezer Soloveichik

Enclosures

---

[1] Bronstein, Gewirtz & Grossman LLC ("BG&G") represents all of the plaintiffs in this action except five: Shimon Asulin, Clara Grossman, Irving Grossman, David Schonfeld, and Pnina Schonfeld. The plaintiffs represented by BG&G are referred to herein as "Plaintiffs." This letter is being sent to all counsel of record via both email and mail; it is being sent to the unrepresented parties only via mail.